IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGILO WILLIAMS,
#A 206-864-831

    Petitioner,

v.                                                    4:15cv567–WS/CAS

LORETTA LYNCH, et al.,

    Respondents.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed January 5, 2016. See Doc. 4. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed without prejudice for failure to prosecute and to obey a court order. The clerk has twice sent a copy of the report and recommendation to the petitioner at the Wakulla County Jail, his last known address, and twice the mail has been returned to the court marked "No Longer Here" and "Unable to Forward." Although it is his responsibility to inform the court of a change in address, the petitioner has not done so.

Having considered the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED without prejudice for failure to prosecute and to obey a court order.

3.  The clerk is directed to enter judgment stating: "Angilo Williams's petition for writ of habeas corpus is dismissed without prejudice."

DONE AND ORDERED this ___14th___ day of ___January___, 2016.

                                  s/ William Stafford  
                                  WILLIAM STAFFORD  
                                  SENIOR UNITED STATES DISTRICT JUDGE